ORDERED.

Dated: August 17, 2021

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re : | Case Number **6:20-bk-05499-LVV** |
| | Chapter 7 |
| **Marlo Pichardo**, | |
| Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING TRUSTEE'S**
**MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN**
**NON-EXEMPT REAL ESTATE IN BREVARD COUNTY, FLORIDA**

THIS CASE came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Brevard County, Florida, dated July 21, 2021, (docket no. 33), and Freedom Mortgage Corporation's Response to Trustee's Motion to Sell, dated August 2, 2021 (docket no. 35). Said Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service and no response has been received by the Court, aside from the response noted above. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Therefore, the Court considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise apprised of the matter

Accordingly, it is

**ORDERED**, that the Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Brevard County, Florida, and the Trustee is authorized to sell the estate's interest in said property, as follows:

1. The property to be sold is more particularly described as :

   **Lot 1, WEST MELBOURNE LANDINGS, according to the plat thereof as recorded in Plat Book 56, Pages 45 through 48, inclusive, Public Records of Brevard County, Florida.**

   **Parcel ID No. 2864687**
   **a/k/a 1226 Alaqua Way, West Melbourne, FL 32904**

2. The property shall be sold to the following buyer for the sales price indicated :

|  |  |
|---|---|
|  | Sales Price |
| **Miguel A. Salgado and Catherine L. Salgado** | **$ 333,500.00 + $10,000.00** |
| 1586 Alaqua Way | **buyer's premium paid to** |
| West Melbourne, FL 32904 | **the bankruptcy estate** |

3. The Trustee has represented that no closing costs are to be paid by the Estate and has obtained short sale approval from Secured Creditor, who has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy the existing mortgage, prorated 2021 real estate taxes, delinquent homeowners association dues and fees, and bankruptcy estate carve out as described in the Motion.  The sale will close in accordance with the terms of the current short sale approval from Secured Creditor.

4.  Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate, subject to current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision, and public utility easements of record.

5. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

6. Trustee is authorized to close in accordance with the Short Sale Approval Letter dated July 15, 2021, and the closing will take place by August 24, 2021.  If the closing does not take place by August 24, 2021, Trustee shall obtain an updated Short Sale Approval Letter approving the extended closing date.

7.  The 14-day stay pursuant to Rule 6004(h) is hereby waived.

| | |
|---|---|
| */s/ Kristen L. Henkel* | */s/ Patrick Hruby* |
| Kristen L. Henkel, Esq. | Patrick Hruby, Esq. |
| Florida Bar No. 81858 | Florida Bar No. 88657 |
| M. E. Henkel, P.A. | Brock & Scott, PLLC |
| 3560 South Magnolia Avenue | 2001 Northwest 64th Street, Suite 130 |
| Orlando, Florida 32806 | Fort Lauderdale, FL 33309 |
| Telephone : (407) 438-6738 | Telephone: (813) 342-2200 |
| Facsimile : (407) 858-9466 | Fax: (954) 618-6954 |
| khenkel@mehenkel.com | Floridabklegal@Bockandscott.com |

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.